```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 00968
   CHRISTINE M WILSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-0742
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/19/07 and confirmed on 03/16/07.

   2.  The case was converted to Chapter 7 after confirmation, 01/28/2008.

   3.  The Debtor paid a total of $   7020.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | UNSECURED | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 7.97 | 155.98 |
| ECMC | UNSECURED | 85700.45 | .00 | 4456.31 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 31.80 | .00 | .84 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2892.80 | .00 | 149.67 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 2734.98 | .00 | 159.87 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 815.94 | .00 | 37.40 |
| FEDERATED MACYS | UNSECURED | 919.46 | .00 | 42.15 |
| PAYDAY SELECT | UNSECURED | NOT FILED | .00 | .00 |
| PINION MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4133.46 | .00 | 213.86 |
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 395.77 | .00 | 18.15 |
| WORLD FINANCIAL NETWORK | UNSECURED | 414.79 | .00 | 19.00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WORLD FINANCIAL NETWORK | UNSECURED | 574.44 | .00 | 23.49 |
| WORLD FINANCIAL NETWORK | UNSECURED | 242.62 | .00 | 6.36 |
| DELL FINANCIAL SERVICES | UNSECURED | 615.54 | .00 | 25.16 |

          Summary of disbursements:
---
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
---

```
TOTAL CLMS ALLOWED        200.00           .00      99472.05          .00      99672.05
PRINCIPAL PAID            155.98           .00       5152.26          .00       5308.24
INTEREST PAID               7.97           .00            .00          .00           7.97
TOTAL PAID                163.95           .00       5152.26          .00       5316.21
```

The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $     203.79 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE